IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02476-BNB

WILLIE BARLOW JR.,

    Plaintiff,

v.

C.R. ENGLAND INC.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 03 2009

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 3, 2009, at Denver, Colorado.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02476-BNB

Willie Barlow, Jr.
4926 Perth Street
Denver, CO 80249

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/3/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk