```
                                              F I L E D
                                      UNITED STATES DISTRICT COURT
                                           DENVER, COLORADO

                                             NOV 9 - 2009
    IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLORADO        GREGORY C. LANGHAM
            Judge Christine M. Arguello                   CLERK
```

Civil Action No. 09-cv-02476-CMA-MJW

WILLIE BARLOW, JR.,

    Plaintiff,

v.

C.R. ENGLAND INC.,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This cause is before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the Defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED: November __5__, 2009

BY THE COURT:

*Christine M. Arguello* (signature)

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02476-CMA-MJW

Willie Barlow, Jr.
4926 Perth St.
Denver, CO 80249

US Marshal Service
Service Clerk
Service forms for: C.R. England, Inc.

  I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on C.R. England, Inc.: AMENDED TITLE VII COMPLAINT FILED 10/27/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/9/09.

              GREGORY C. LANGHAM, CLERK

              By: _____
                  Deputy Clerk