IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02476-CMA-MJW

WILLIE BARLOW, JR.,

Plaintiff,

v.

C.R. ENGLAND, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that the Joint Stipulated Motion for Protective Order (docket no. 26) is GRANTED finding good cause shown. The written Protective Order (docket no. 26-2) is APPROVED and made an Order of Court.

Date: March 8, 2010