IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02476-CMA-MJW

WILLIE BARLOW, JR.,

Plaintiff,

v.

C.R. ENGLAND, INC.,

Defendant.

---

### MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiff Unopposed Motion to Amend Complaint (docket no. 34) is GRANTED pursuant to Rule 15. The Amended Complaint (docket no. 34-1) is accepted for filing as of the date of this minute order.

Date: April 16, 2010