IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 09-cv-02476-CMA-MJW

WILLIE BARLOW, JR.,

    Plaintiff,

v.

C.R. ENGLAND, INC.,

    Defendant.

---

**ORDER GRANTING MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE**
( Docket No. 52 )

---

The Court having reviewed the unopposed motion requesting that the Dispositive Motions deadline be extended to February 25, 2011, being duly advised in the premises, and for good cause shown; DOES HEREBY GRANT the Motion. The dispositive motions deadline is extended to February 25, 2011.

DONE ON THIS 28th DAY OF January 2011.

By the Court:

_____
U.S. Magistrate Judge Michael J. Watanabe