IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02476-CMA-MJW

WILLIE BARLOW, JR.,

Plaintiff(s),

v.

C. R. ENGLAND INC.,

Defendant(s).

AMENDED  ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO EXCEED PAGE LIMIT FOR
REPLY IN SUPPORT OF  MOTION FOR SUMMARY JUDGMENT [DN 70]

	This matter is before the Court on Defendant's Unopposed Motion to Exceed Page Limit for Reply in Support of Motion for Summary Judgment.  The Court having reviewed the Motion [Docket No. 70] and being fully advised, hereby GRANTS the Motion.  The Defendant's Reply in Support of Motion for Summary Judgment is hereby accepted for filing with this court.

	Done and signed this April 19, 2011

					BY THE COURT:

					s/Michael J. Watanabe
					MICHAEL J. WATANABE
					United States Magistrate Judge