IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 09-cv-02476-CMA-MJW

WILLIE BARLOW, JR.,

    Plaintiff,

v.

C.R. ENGLAND, INC.,

    Defendant.

---

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF PRETRIAL DEADLINES
( Docket No. 76 )

---

This matter comes before the Court on the parties' Joint Motion for Extension of Pretrial Deadlines. Having reviewed the Motion, and being fully advised in the premises, the Court hereby **GRANTS** the Motion. The parties shall submit their proposed jury instructions with briefing on non-stipulated and competing instructions and counter designations of deposition testimony by August 29, 2011. By this date, the parties shall also meet to prepare a joint exhibit list.

Dated this 25th day of August, 2011

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO