IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02476-CMA-MJW

WILLIE BARLOW, JR.,

    Plaintiff,

v.

C.R. ENGLAND, INC.,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION FOR AWARD OF COSTS

---

This matter is before the Court on Defendant's Motion for Award of Costs. (Doc. # 86.) Defendant is entitled to its costs under Fed. R. Civ. P. 54(d)(1). The Court's Order Granting Defendant's Motion for Summary Judgment and Vacating Trial Dates (Doc. # 84) did not award such costs solely due to an oversight.

Accordingly, the Court ORDERS that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of the Court within ten days of the entry of this order.

DATED: October __21__, 2011.

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge