**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02476-CMA-MJW

WILLIE BARLOW, JR.,

    Plaintiff,

v.

C.R. ENGLAND INC.,

    Defendant.

---

**ORDER TO REOPEN CASE**

---

This matter is before the Court on the Judgment by the Tenth Circuit Court of Appeals (Doc. ## 100 and 100-1) that this matter be remanded to the United States District Court for the District of Colorado for further proceedings "with regard to [Plaintiff's] wrongful discharge claim for termination in violation of Colorado public policy." Accordingly, it is

    ORDERED that the Clerk of the Court shall reopen this case. It is

    FURTHER ORDERED that a status conference shall be set before Judge Christine M. Arguello to address (1) the Court's jurisdiction over the state law claims and (2) the need for further proceedings regarding Plaintiff's wrongful discharge from the janitorial contract claim, including dates for any future hearings. Lead counsel are

DIRECTED to call Chambers (303-335-2174) via conference call **no later than January 31, 2013** to set this status conference.

DATED: January __24__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge