**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No.  09-cv-02476-CMA-MJW

WILLIE BARLOW, JR.,

    Plaintiff,

v.

C.R. ENGLAND, INC.,

    Defendant.
_____

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**
_____

    IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED:  September 19, 2013

                                    BY THE COURT:

                                    _____
                                    Christine M. Arguello
                                    United States District Judge