IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02476-CMA-MJW

WILLIE BARLOW, JR.,

      Plaintiff,

v.

C.R. ENGLAND, INC.,

      Defendant.

---

## VERDICT FORM

---

We, the jury, present our Answers to the Questions submitted by the Court, to which we have **unanimously** agreed:

1. Did Plaintiff Barlow prove, by a preponderance of the evidence, that Defendant C.R. England wrongfully discharged him in violation of public policy under Instruction No. 11?

      Yes ✓      No ____

If you answered "No" to question No. 1, you have found a verdict in favor of Defendant C.R. England, skip the remaining questions and sign the verdict form. If, however, you answered "Yes" to question No. 1, then please answer the remaining questions.

2. Based on Instruction No. 15 (Damages for Wrongful Discharge), what is the total amount of Plaintiff's damages, if any, for noneconomic losses or injuries he has had or probably will have in the future? Noneconomic losses or injuries are those losses or injuries described in numbered paragraph 1 of Instruction No. 15.

      ANSWER: $15,824

3. Based on Instruction No. 15 (Damages for Wrongful Discharge), what is the total amount of Plaintiff's damages, if any, for economic losses or injuries he has had or probably will have in the future? Economic losses or injuries are

those losses or injuries described in numbered paragraph 2 of Instruction No. 15.

ANSWER: $15,824

4. Do you find beyond a reasonable doubt that Plaintiff Barlow is entitled to recover punitive damages from Defendant C.R. England under Instruction No. 16?

Yes ✓     No ____

If your answer is "Yes," in what amount? $ $60,904

**Please sign and date this Verdict Form on the lines provided below.**

9/19/13
**Date**                                                    **Foreperson**