**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No.  09-cv-02476-CMA-MJW

WILLIE BARLOW, JR.,

    Plaintiff,

v.

C.R. ENGLAND, INC.,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Commencing September 16, 2013, this action was tried before a jury of seven duly sworn to try the issues herein with U.S. District Judge Christine M. Arguello presiding.  On September 19, 2013, the jury rendered its verdict, finding that:

(1)    Plaintiff Barlow proved, by a preponderance of the evidence, that Defendant C.R. England wrongfully discharged him in violation of public, and that Plaintiff Barlow was entitled to noneconomic damages in the amount of $ 15,824, and economic damages in the amount of $15,824.

(2)    Plaintiff Barlow proved, beyond a reasonable doubt, that he is entitled to recover punitive damages from Defendant C.R. England, and that Plaintiff Barlow was entitled to punitive damages in the amount of $60,904.

Accordingly, IT IS ORDERED that judgment is entered in favor of Plaintiff Willie Barlow, Jr. and against Defendant C.R. England Inc. in the amount of $92,552. Post-judgment interest shall accrue on the judgment amount awarded at the rate of 0.11% from the date of entry of judgment.

IT IS FURTHER ORDERED that Plaintiff shall have his costs by the filing of a Bill of Costs with the Clerk of the Court within ten days of the entry of this Order.

DATED at Denver, Colorado this   25th   day of September, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Sandra Hartmann
Sandra Hartmann, Deputy Clerk

APPROVED BY:

CHRISTINE M. ARGUELLO
United States District Judge